In the Matter of the Application of J. MARKHAM MARSHALL and Others, Respondents, for an Order Directing that the Arbitration Provided for in a Certain Contract in Writing Entered into between the Petitioners and FOX THEATRES CORPORATION, Appellant, etc., Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of GIUSEPPA RAINIERI, Respondent, against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: SHUBERT THEATRE CORPORATION, Appellant, v. WALDORF THEATRE CORPORATION, Defendant, and HARRY H. OSHRIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL KASSOVER, Respondent, v. STROMBERG-CARLSON TELEPHONE MANUFACTURING COMPANY, Appellant, Impleaded with Others.— Order so far as appealed from modified by granting items " 1 " and " 2," and so much of item " 5 " as relates to special damage, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The verified bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL KASSOVER, Respondent, v. STROMBERG-CARLSON TELEPHONE MANUFACTURING COMPANY, Defendant, Impleaded with GROSS-BRENNAN, INC., and HERBERT A. BRENNAN, Appellants.— Order so far as appealed from modified by granting item " 1," and so much of item " 4 " as relates to special damage, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The verified bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VIM ELECTRIC Co., INC., Respondent, v. GROSS-BRENNAN, INC., and HERBERT A. BRENNAN, Appellants, Impleaded with Another.— Order so far as appealed from modified by granting items " 2," " 3 " and " 5," and as so modified affirmed, with ten dollars costs and disbursements to the appellants. The verified bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.